UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CLAUDIA VEGA GONZALEZ,<br><br>  Petitioner,<br><br>v.<br><br>MARY LATTIMORE,<br><br>  Respondent. | No. ED CV 08-1336-DSF (PLA)<br><br>**ORDER ADOPTING IN PART MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation filed herein and petitioner's objections. The Court agrees with the recommendations of the magistrate judge, except as noted.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted in part.

2. The Court declines to adopt the magistrate judge's conclusions in section V. 3. a. pertaining to the "increasing seriousness of crimes." There is no Supreme Court law on this specific issue and the Court need not address the issue in the context of this case because the Court agrees with and adopts section V. 3. b. of the report and recommendation.

3. Judgment shall be entered consistent with this order.

1 |     4.     The clerk shall serve this order and the judgment on all counsel or parties of record.

3 | DATED: 10/6/09

                                                                         DALE S. FISCHER
                                      UNITED STATES DISTRICT JUDGE