1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9                         **EASTERN DIVISION**

10

11   CLAUDIA VEGA GONZALEZ,          )     No. ED CV 08-1336-DSF (PLA)
                                     )
12                    Petitioner,    )     **JUDGMENT**
                                     )
13              v.                   )
                                     )
14                                   )
                                     )
15   MARY LATTIMORE,                 )
                                     )
16                    Respondent.    )
                                     )
17   ────────────────────────────────)

18        For the reasons stated in the order adopting in part the magistrate judge's report and

19   recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

20

21   DATED: 10/6/09
                                           _____
22                                              DALE S. FISCHER
                                           UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28